UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHRAN SINGH,<br><br>           Plaintiff,<br><br>      v.<br><br>ATRIA MANAGEMENT COMPANY, LLC a corporation, doing business as BAYSIDE LANDING, and DOES 1-20, inclusive,<br><br>           Defendants. | No. 2:15-cv-00311-KJM-DAD<br><br><br>STATUS ORDER |

An status conference was held in this case on September 17, 2015.  Warren Osgood appeared for plaintiff; Christine Baran appeared for defendant.

Having reviewed the parties' Joint Status Report filed on May 28, 2015, and discussed the status of the case with counsel at the hearing, the court makes the following orders:

I.      SERVICE OF PROCESS

All named defendants have been served and no further service is permitted without leave of court, good cause having been shown.  While the parties appear to assume an answer has been filed, the court does not see an answer on the docket.  If a further status conference is required, the parties are directed to address in their joint status report whether an answer or responsive pleading has been filed and defendants should file such document.

II.     ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

No further joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown.  *See* Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604 (9th Cir. 1992).

III.    JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. § 1332.   Jurisdiction and venue are not disputed.

IV.    SETTLEMENT CONFERENCE

At the hearing, the parties confirmed that they will appear for private mediation on **November 9, 2015**.

V.     FURTHER STATUS CONFERENCE

In case a settlement is not reached through mediation, a further status conference is set for **December 10, 2015** at 2:30 p.m.

IT IS SO ORDERED.

DATED:  September 22, 2015.

_____
UNITED STATES DISTRICT JUDGE